Case 1:01-cr-00619-VM   Document 388   Filed 09/22/20   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :            **01 CR 619(VM)**
         -against-                   :            **DECISION AND ORDER**
                                     :
FRANKLIN MINAYA,                     :
                                     :
                    Defendant.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On August 17, 2020, defendant Franklin Minaya moved this Court for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (See Dkt. 386.)

On September 14, 2020 the Court denied Minaya's motion. (Dkt. 387.)

The Clerk of Court is hereby directed to mail a copy of the Court's previous Order (Dkt. 387) and this Order to Franklin Minaya, Register Number 52447-054, USP Lewisburg, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA 17837, and note service on the docket.

**SO ORDERED.**

Dated:  New York, New York
        22 September 2020

                                            Victor Marrero
                                            U.S.D.J.

1