```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ALBERTO CASTELLANO and FRANKLIN MINAYA,

                Defendants.

**01 Cr. 619 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are hereby directed to, within twenty-one (21) days of the date of this Order, advise the Court by letter of their positions with respect to the following:

- whether proceedings with respect to the defendants' outstanding 18 U.S.C. § 2255 petitions (the "Petitions") should continue to be held in abeyance (see Dkt. Nos. 409-10), and

- whether and to what extent further briefing is required with respect to the Petitions.

**SO ORDERED.**

Dated:    7 November 2023
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.