```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALBERTO CASTELLANO and FRANKLIN MINAYA,

Defendant.

01 Cr. 619 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties in both of these matters are hereby **ORDERED** to confer and to advise the Court, within 30 days and by three-page letter, whether and how the following Second Circuit cases are applicable to the pending 28 U.S.C. § 2255 motions of the above-referenced defendants:

- United States v. McCoy, No. 17-3515
- United States v. Collymore, No. 19-596
- United States v. Morris, No. 16-6, and
- United States v. Hussain (Barrett), No. 21-1379.

The parties' letters shall also contain the parties' positions on whether further briefing will be required and, if so, propose a briefing schedule.

The stays previously entered (see, e.g., Dkt. Nos. 443-44) are hereby lifted.

**SO ORDERED.**

Dated:   24 May 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.