```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ALBERT CASTELLANO and FRANKLIN MINAYA,

Defendants.

---

01 Cr. 619 (VM)

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the Government's response to petitioner Albert Castellano's Section 2255 motion seeking vacatur and in further response to petitioner Franklin Minaya's Section 2255 motion seeking vacatur. (Dkt. No. 469.) In light of the Government's change in position, the Court hereby grants leave to petitioner Franklin Minaya to file a sur-reply to the Government's response no later than November 26, 2024.

**SO ORDERED.**

Dated:    13 November 2024
            New York, New York

                                                               _____
                                                                   Victor Marrero
                                                                       U.S.D.J.