USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/4/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

FRANKLIN MINAYA

Defendant.

---

**01-CR-619 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 20, 2026, defendant Franklin Minaya filed a pro se motion for relief from a final judgment. (See Dkt. No. 486.) The Government is hereby directed to respond to this motion within sixty (60) days.

**SO ORDERED.**

Dated:    4 May 2026
          New York, New York

Victor Marrero
U.S.D.J.

1